ORDERED.

Dated: September 28, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

SARAH LUCILLE LICHTENSTEIN,

    Debtor.
_____/

Case No. 8:18-bk-05407-RCT

Chapter 7

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF LAKEVIEW LOAN SERVICING, LLC**
**(Re: 1204 Long Pine Street, Davenport, Florida 33897)**

    **THIS CASE** came before the Court on the *Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure* [D.E. #15] (the "*Motion*") filed by Lakeview Loan Servicing, LLC ("Secured Creditor"), pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. Accordingly, it is:

    **ORDERED:**

    1.    Secured Creditor's *Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **1204 Long Pine Street, Davenport, Florida 33897** (the "Property"), legally described as:

> **THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF FLORIDA, COUNTY OF POLK, AND IS DESCRIBED AS FOLLOWS:**
>
> **ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF POLK, STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS LOT 160, FLORIDA PINES PHASE I, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 111, PAGES 44, 45, AND 46, PUBLIC RECORDS OF POLK COUNTY, FLORIDA.**

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the Property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the Property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. Secured Creditor is awarded its attorneys' fees and costs of $576.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

6. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

###

Order submitted by:
Wanda D. Murray
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: WMurray@aldridgepite.com

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are

non-CM/ECF users and file a proof of service within 3 days of entry of the order.

**DEBTOR ATTORNEY**
**(via electronic notice)**
Elayne M Conrique
bankruptcyecf@eperezlaw.com

**DEBTOR**
Sarah Lucille Lichtenstein
1204 Long Pine St.
Davenport, FL 33897

**TRUSTEE**
**(via electronic notice)**
Beth Ann Scharrer
bscharrertrustee@gmail.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV